**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

| | | |
|---|---|---|
| **J.D., by his father and next friend,** | ) | |
| **BRIAN DOHERTY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 4:17-CV-101 (RBS-RJK)** |
| | ) | |
| **COLONIAL WILLIAMSBURG** | ) | |
| **FOUNDATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT COLONIAL WILLIAMSBURG FOUNDATION'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Colonial Williamsburg Foundation, by and through counsel, moves the Court for an Order granting judgment in its favor on all claims asserted by Plaintiff, dismissing Plaintiff's claims with prejudice, and for any other relief that the Court deems just and proper.

Dated: January 19, 2018                    Respectfully submitted,

**COLONIAL WILLIAMSBURG**
**FOUNDATION**

By: _____ /s/ _____

Robert W. McFarland (VSB # 24021)
McGuireWoods LLP
World Trade Center
101 West Main Street, Ste 9000
Norfolk, Virginia 23510
(Office) (757) 640-3716
(Fax) (757) 640-3966
rmcfarland@mcguirewoods.com

Dana L. Rust (VSB # 28408)
Micah B. Schwartz (VSB # 77299)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
drust@mcguirewoods.com
mschwartz@mcguirewoods.com

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2018, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael S. Stein
Mary Vargas
STEIN & VARGAS, LLP
840 First Street, NE
Third Floor
Washington, DC 20002

                                               /s/
                                    _____

Robert W. McFarland (VSB # 24021)
McGuireWoods LLP
World Trade Center
101 West Main Street, Ste 9000
Norfolk, Virginia 23510
(Office) (757) 640-3716
(Fax) (757) 640-3966
rmcfarland@mcguirewoods.com

Dana L. Rust (VSB # 28408)
Micah B. Schwartz (VSB # 77299)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
drust@mcguirewoods.com
mschwartz@mcguirewoods.com
*Counsel for Defendant*

3