**EXHIBIT E**

**CWF Revised Final Invoice**

# Colonial Williamsburg

Colonial Williamsburg Foundation School & Adult Group Sales

## Revised Final Invoice of charges/payments for:

**Group:** Naval Academy Primary School **Contact:** Devon Clouse
**Group Booking ID:** 44371

**Arrival:** Thursday, May 11, 2017 - **Departure:** Friday, May 12, 2017

As of: April 27, 2017

| Day | Date | Description | Rate | Total Rooms |
|---|---|---|---|---|
| Thu | 05/11/2017 | Woodlands Standard | $116.00 | 28 |

| Date | Item/Facility | Start Time | End Time | Charge | Per # | Item Total(s) | Location |
|---|---|---|---|---|---|---|---|
| 05/11/2017 | Study Visit Plus Adults | 09:00AM | 05:00PM | $29.00 | 24 | $696.00 | Meet at Group Arrivals Building |
| 05/11/2017 | Study Visit Plus Students | 09:00AM | 05:00PM | $20.00 | 29 | $580.00 | Meet at Group Arrivals Building |
| 05/11/2017 | Complimentary Pass | 09:00AM | 05:00PM | $0.00 | 3 | $0.00 | Meet at Group Arrivals Building |
| 05/11/2017 | Tavern Box Lunch Turkey Sandwich | 12:30PM | 02:00PM | $10.95 | 57 | $624.15 | Shield's Tavern |
| 05/11/2017 | Historical Interpreter PM | 01:30PM | 04:30PM | $0.00 | 3 | $0.00 | Meet at Group Arrival Building |
| 05/11/2017 | Tavern Dinner Fried Chicken | 05:30PM | 07:00PM | $30.00 | 57 | $1,710.00 | Shield's Tavern |
| 05/11/2017 | In Defense of Our Liberty Adults | 07:00PM | 08:00PM | $12.00 | 27 | $324.00 | Meet at Magazine |
| 05/11/2017 | In Defense of Liberty Students | 07:00PM | 08:00PM | $12.00 | 29 | $348.00 | Meet at Magazine |
| 05/11/2017 | Colonial Dance Adults | 08:30PM | 09:30PM | $12.00 | 27 | $324.00 | Meet at Capitol |
| 05/11/2017 | Colonial Dance Students | 08:30PM | 09:30PM | $12.00 | 29 | $348.00 | Meet at Capitol |

Department of School and Adult Group Sales P.O. Box 627 Williamsburg, Virginia 23187
Sandie Heath @ 800-228-8878 ext. 7583.