UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| J.D., a minor, by and through his next friend, BRIAN DOHERTY,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL WILLIAMSBURG FOUNDATION,<br>Defendant. | Case No. 4:17-cv-00101 RBS RJK |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Colonial Williamsburg Foundation and Plaintiff J.D., a minor, by and through his next friend, Brian Doherty hereby stipulate that the above-entitled action be dismissed with prejudice, with Defendant agreeing to bear its own attorneys' fees and costs, with Defendant paying an agreed amount of Plaintiff's attorneys' fees and costs, and with the Court retaining jurisdiction solely for purposes of enforcing the parties' settlement.

Dated: April 14, 2020

| | |
|---|---|
| STEIN & VARGAS, LLP<br><br>By: /s/ Michael S. Stein<br>   Michael S. Stein<br>   Michael.Stein@steinvargas.com<br>   Mary C. Vargas, *pro hac vice*<br>   Mary.Vargas@steinvargas.com<br>   840 First Street NE, Third Floor<br>   Washington, DC 20002<br><br>   *Attorneys for Plaintiff* | MCGUIREWOODS LLP<br><br>By: /s/ Robert W. McFarland<br>   Robert W. McFarland (VSB # 24021)<br>   MCGUIREWOODS LLP<br>   World Trade Center<br>   101 West Main Street, Ste 9000<br>   Norfolk, Virginia 23510<br>   (Office) (757) 640-3716<br>   (Fax) (757) 640-3966<br>   rmcfarland@mcguirewoods.com<br><br>   Dana L. Rust (VSB # 28408)<br>   Micah B. Schwartz (VSB # 77299)<br>   MCGUIREWOODS LLP |

Gateway Plaza, 800 East Canal Street
Richmond, Virginia 23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
drust@mcguirewoods.com
mschwartz@mcguirewoods.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on April 14, 2020, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB # 24021)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Ste 9000
Norfolk, Virginia 23510
(Office) (757) 640-3716
(Fax) (757) 640-3966
rmcfarland@mcguirewoods.com

Dana L. Rust (VSB # 28408)
Micah B. Schwartz (VSB # 77299)
MCGUIREWOODS LLP
Gateway Plaza, 800 East Canal Street
Richmond, Virginia 23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
drust@mcguirewoods.com
mschwartz@mcguirewoods.com

*Counsel for Defendant*