UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| J.D., a minor, by and through his next friend, BRIAN DOHERTY,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL WILLIAMSBURG FOUNDATION,<br><br>Defendant. | Case No. 4:17-cv-00101 RBS RJK |

## AGREED DISMISSAL ORDER

THIS DAY CAME the parties, by their counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure jointly moved the Court to dismiss the above styled action, in its entirety, because these parties have compromised and settled all claims and controversies between them.

UPON CONSIDERATION of the representations of counsel, the pleadings and for other good cause shown, it is ORDERED, ADJUDGED and DECREED that the above styled action is DISMISSED with prejudice, with Defendant agreeing to bear its own attorneys' fees and costs, with Defendant paying an agreed amount of Plaintiff's attorneys' fees and costs, and with the Court retaining jurisdiction solely for purposes of enforcing the parties' settlement.

Entered this the _____ day of April, 2020.

_____
United States District Judge

| | |
|---|---|
| STEIN & VARGAS, LLP<br><br>By: /s/ Michael S. Stein<br>Michael S. Stein<br>Michael.Stein@steinvargas.com<br>Mary C. Vargas, *pro hac vice*<br>Mary.Vargas@steinvargas.com<br>840 First Street NE, Third Floor<br>Washington, DC 20002<br><br>*Attorneys for Plaintiff* | MCGUIREWOODS LLP<br><br>By: /s/ Robert W. McFarland<br>Robert W. McFarland (VSB # 24021)<br>MCGUIREWOODS LLP<br>World Trade Center<br>101 West Main Street, Ste 9000<br>Norfolk, Virginia 23510<br>(Office) (757) 640-3716<br>(Fax) (757) 640-3966<br>rmcfarland@mcguirewoods.com<br><br>Dana L. Rust (VSB # 28408)<br>Micah B. Schwartz (VSB # 77299)<br>MCGUIREWOODS LLP<br>Gateway Plaza, 800 East Canal Street<br>Richmond, Virginia 23219<br>(Office) (804) 775-1000<br>(Fax) (804) 698-2158<br>drust@mcguirewoods.com<br>mschwartz@mcguirewoods.com<br><br>*Counsel for Defendant* |